FILED
September 02, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ,<br><br>　　　　Defendant. | Case No.  2:25-mj-00123-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ</u>, Case No. <u> 2:25-mj-00123-AC </u>, Charge <u> 8 SUC § 1326(a)</u>, from custody for the following reasons:

<u> X </u>  Release on Personal Recognizance

　　　_____  Bail Posted in the Sum of $ _____

　　　_____  Unsecured Appearance Bond $ _____

　　　_____  Appearance Bond with 10% Deposit

　　　_____  Appearance Bond with Surety

　　　_____  Corporate Surety Bail Bond

　　　_____  (Other):

<u>　　　</u>  Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on September 02, 2025, at 2:40 PM.

　　　　　　　　　　　　　　　　　　　By:  */s/ Allison Claire*
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire