HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ,<br><br>Defendant. | Case No. 2:25-mj-00123-AC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Nicole Moody, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Portillo-Rodriguez, that Conditions #11 and #12 of Mr. Portillo-Rodriguez's conditions of release be amended to allow movement outside of his residence.

Mr. Portillo-Rodriguez has been compliant with all the conditions of the Special Conditions of Release filed on September 2nd, 2025 (ECF 3).  Mr. Portillo-Rodriguez now requests that Conditions #11 and #12 be amended as follows:

**11. You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include a location monitoring technology as directed by the pretrial services officer. You must comply with all instructions for the use and operation of the location monitoring technology**

-1-

**as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer;**

**12. CURFEW: You must remain inside your residence every day from  11:00 PM to 5:00 AM, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations.**

All other conditions will remain in place.  The government and U.S. Pretrial Services have no objections to this amendment.

Dated:  April 10, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ

Dated:  April 10, 2026

ERIC GRANT
United States Attorney

*/s/ Nicole Moody*
NICOLE MOODY
Assistant United States Attorney

-2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED:  April 13, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE