HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Douglas_Beevers@fd.org

Attorney for Defendant
EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-mj-00123-AC |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO MODIFY SPECIAL CONDITIONS OF RELEASE |
| EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ, | ) ) ) | |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Nicole Moody, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Douglas Beevers, counsel for Mr. Portillo-Rodriguez, that Conditions of Mr. Portillo-Rodriguez's conditions of release be amended.

Mr. Portillo-Rodriguez has been compliant with all the conditions of the Special Conditions of Release filed on September 2nd, 2025 (ECF 3).  Mr. Portillo-Rodriguez now requests that Conditions be amended as follows:

**With the Court's approval, it is understood that the defendant will not be electronically monitored while he's traveling between California and Minnesota for the purposes of attending court.**

-1-

All other conditions will remain in place.  The government and U.S. Pretrial Services have no objections to this amendment.


Dated:  April 23, 2026

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas Beevers*
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
EZEQUIEL DE JESUS PORTILLO-RODRIGUEZ

Dated:  April 23, 2026

ERIC GRANT
United States Attorney

*/s/ Nicole Moody*
NICOLE MOODY
Assistant United States Attorney

-2-

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

DATED: April 23, 2026

HON. JEREMY D. PETERSON
United States Magistrate Judge